UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDRE J. SEARCY,

    Plaintiff,

v.                                Case No.:  2:22-cv-718-DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on the Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. 23). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 13). The Commissioner of Social Security requests that this Court remand this case to the Commissioner for these reasons:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to clarify the period subject to adjudication; further evaluate the claimant's headaches pursuant to Social Security Ruling 19-4p; reconsider the claimant's residual functional capacity; seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that the claimant can perform; before relying on the vocational expert evidence, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT)

(Social Security Ruling 00-4p); give the claimant an opportunity for a hearing; and issue a new decision.

(Doc. 23, p. 1). ). Plaintiff does not oppose the relief requested. Thus, the Court will grant the motion.

Accordingly, it is **ORDERED**:

(1) The Unopposed Motion for Entry of Judgment With Reversal and Remand of the Cause to the Defendant (Doc. 23) is **GRANTED.**

(2) Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings as set forth above.

(3) The Clerk of Court is directed to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on August 30, 2023.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties